# Exhibit A-1

MORTGAGE LOAN PURCHASE AGREEMENT

This is a MORTGAGE LOAN PURCHASE AGREEMENT (the "Agreement"), dated as of February 1, 2005, by and between EMC Mortgage Corporation ("EMC") and Century Mortgage Company dba Century Lending, having an office at 9920 Corporation Campus Drive, #300, Louisville, Kentucky  40223 ("Seller").

W I T N E S S E T H :

WHEREAS, EMC intends to buy and Seller intends to sell, first and/or second lien mortgage loans ("Mortgage Loans") secured by one-to-four family residential properties, on a servicing released basis, pursuant to the terms of EMC's Seller Guide (as it may be amended or supplemented from time to time and including any program documents contained therein, the "Seller Guide") and one or more Term Sheets.

WHEREAS, Seller intends that the Seller Guide shall govern each sale of Mortgage Loans and that in the event of any inconsistency between this Agreement and the Seller Guide, the Seller Guide shall control.

NOW, THEREFORE, in consideration of the promises and mutual agreements set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, EMC and Seller agree as follows:

SECTION 1.    Seller Guide. (i) Seller has received and reviewed, the Seller Guide, which is incorporated by reference in its entirety into this Agreement. EMC and Seller agree to comply with and be bound by all of the terms and provisions of the Seller Guide, which terms and provisions constitute a material part of this Agreement, as if they were expressly set forth herein.  In the case of any inconsistency between the Seller Guide and this Agreement, the Seller Guide shall control.  For purposes of this Agreement, capitalized terms herein shall have the respective meanings set forth in the Seller Guide.

(ii) Seller agrees to receive all other related documentation and information, including all Seller Guide updates, amendments and supplements through EMC's website at:  www.emcmortgagecorp.com.    Seller also agrees that it has and will maintain the appropriate computer equipment to access EMC's website.  In addition, EMC may send such updates, amendments and supplements to Seller by e-mail, and Seller shall notify EMC in writing promptly if changes are needed to ensure proper delivery.

SECTION 2.    Agreement to Purchase.  During the term of this Agreement, Seller may offer for sale to EMC, and EMC may agree to purchase from Seller, but EMC shall have no obligation to purchase from Seller, eligible Mortgage Loans, subject to compliance by Seller with the terms and conditions of this Agreement, the Seller Guide and such Term Sheet.  In the case of any inconsistency between the Agreement, the Seller Guide and a Term Sheet, the Term Sheet shall control.

SECTION 3.    Term Sheets.  By executing a Term Sheet and delivering it to EMC, Seller agrees to abide by the terms and conditions of the Seller Guide, which terms and conditions constitute a material part of this Agreement and the Term Sheet, as if set forth expressly herein and therein.

SECTION 4.    Conveyance from Seller to EMC. On the related Settlement Date set forth in the related Term Sheet, Seller, simultaneously with the payment of the related Purchase Price, does hereby sell, transfer, assign, set over and convey to EMC, without recourse, but subject to the terms of this Agreement and the Seller Guide, all rights, title and interest of Seller in and to the Mortgage Loans listed on the related Term Sheet, together with the related Mortgage Files and all rights and obligations arising under the documents contained therein.  The contents of each related Mortgage File required to be retained by Seller to interim service the Mortgage Loans pursuant to the Seller Guide and thus not delivered to EMC prior to the related Settlement Date are, and shall be, held in trust by Seller for the benefit of EMC as the owner thereof. Seller's possession of any portion of each such Mortgage File is at the will of EMC for the sole purpose of facilitating interim servicing of the related Mortgage Loan pursuant to the Seller Guide, and such retention

and possession by Seller shall be in a custodial capacity only. The ownership of each Mortgage Note, Mortgage, and the contents of the Mortgage File is vested in EMC and the ownership of all records and documents with respect to the related Mortgage Loan prepared by or which come into the possession of Seller shall immediately vest in EMC and shall be retained and maintained, in trust, by Seller at the will of EMC in such custodial capacity only.

SECTION 5.    Representations and Warranties; Survival.  Seller hereby makes to EMC all of the representations and warranties that relate to the Mortgage Loans, effective as set forth in the Seller Guide. Seller also hereby covenants to EMC that Seller shall continue to comply with all of Seller's covenants and obligations set forth in the Seller Guide, and/or this Agreement.  Pursuant to the terms of the Seller Guide, EMC's rights and remedies with respect to any breach of the representations, warranties and covenants of Seller will survive delivery and funding of any Mortgage Loan and the termination or expiration of this Agreement, any Term Sheets or the Seller Guide.

SECTION 6.    Representations and Warranties Respecting Seller.

Seller hereby represents and warrants to EMC as of the related Settlement Date that:

(i)    Seller is a corporation duly organized, validly existing and in good standing under the laws of the State of its incorporation and is and will remain in compliance with the laws of each state in which any Mortgaged Property is located to the extent necessary to ensure the enforceability of each Mortgage Loan and the servicing of the Mortgage Loan in accordance with the terms of the Seller Guide. Seller has all licenses necessary to carry out its business as now being conducted, and is licensed and qualified to transact business in and is in good standing under the laws of each state in which any Mortgaged Property is located or is otherwise exempt under applicable law from such licensing or qualification or is otherwise not required under applicable law to effect such licensing or qualification and no demand for such licensing or qualification has been made upon Seller by any such state, and in any event Seller is in compliance with the laws of any such state to the extent necessary to ensure the enforceability of each Mortgage Loan and the sale of the Mortgage Loans in accordance with the terms of the Seller Guide, this Agreement and the related Term Sheet;

(ii)    Seller has the full power and authority and legal right to hold, transfer and convey each Mortgage Loan, to sell each Mortgage Loan, and to execute, deliver and perform, and to enter into and consummate, all transactions contemplated by the Seller Guide, this Agreement and the related Term Sheet and to conduct its business as presently conducted. Seller has duly authorized the execution, delivery and performance of this Agreement and any agreements contemplated hereby, has duly executed and delivered this Agreement, and any agreements contemplated hereby, and this Agreement and the related Term Sheet, assuming due authorization, execution and delivery by EMC, and each Assignment of Mortgage and any agreements contemplated hereby, constitutes a legal, valid and binding obligation of Seller, enforceable against it in accordance with its terms and all requisite corporate action has been taken by Seller to make this Agreement and all agreements contemplated hereby valid and binding upon Seller in accordance with their terms;

(iii)    Neither the execution and delivery of this Agreement or the related Term Sheet by Seller, nor the origination or purchase of the Mortgage Loans by Seller, the sale of the Mortgage Loans to EMC, the consummation of the transactions contemplated hereby, or the performance of or compliance with the terms and conditions of this Agreement or the related Term Sheet will conflict with any of the terms, conditions or provisions of  Seller's articles of incorporation or by-laws, or constitute a default under or result in a breach or acceleration of, any material contract, agreement or other instrument to which Seller is a party or which may be applicable to Seller or its assets, or result in the material violation of any law, rule, regulation, order, judgment or decree to which Seller or its properties are subject, or impair the ability of EMC to realize on the Mortgage Loans;

(iv) Seller is not in violation of, and the execution and delivery of this Agreement, the Seller Guide or the related Term Sheet by Seller and its performance and compliance with the terms of this Agreement, the Seller Guide or the related Term Sheet will not constitute a violation with respect to, any order or decree of any court or any order or regulation of any federal, state, municipal or governmental agency having jurisdiction over Seller or its assets, which violation might have consequences that would materially and adversely affect the condition (financial or otherwise) or the operation of Seller or its assets or might have consequences that would materially and adversely affect the performance of its obligations and duties hereunder;

(v) Seller does not believe, nor does it have any reason or cause to believe, that it cannot perform each and every covenant contained in the Seller Guide, this Agreement or the related Term Sheet. Seller is solvent and the sale of the Mortgage Loans will not cause Seller to become insolvent. The sale of the Mortgage Loans is not undertaken with the intent to hinder, delay or defraud any of Seller's creditors;

(vi) Seller is properly qualified to service the Mortgage Loans and has been servicing the Mortgage Loans in accordance with Acceptable Servicing Practices prior to the related Cut-off Date and will continue to service the Mortgage Loans during the Interim Servicing Period;

(vii) Immediately prior to the payment of the related Purchase Price for each Mortgage Loan, Seller was the owner of the related Mortgage and the indebtedness evidenced by the related Mortgage Note and the related Servicing Rights and upon the payment of the related Purchase Price by EMC, in the event that Seller retains record title, Seller shall retain such record title to each Mortgage, each related Mortgage Note and the related Mortgage Files with respect thereto in trust for EMC as the owner thereof and only for the purpose of interim servicing and supervising the interim servicing of each Mortgage Loan;

(viii) There are no actions or proceedings against, or investigations of, Seller before any court, administrative body or other tribunal (A) that might prohibit its entering into the Seller Guide, this Agreement or the related Term Sheet, (B) seeking to prevent the sale of the Mortgage Loans, or the consummation of the transactions contemplated by the Seller Guide or this Agreement or the related Term Sheet (C) that might prohibit or materially and adversely affect the performance by Seller of its obligations under the Seller Guide, or the validity or enforceability of the Seller Guide, this Agreement or the related Term Sheet (D) that is reasonably likely to have a material adverse effect on the financial condition of Seller or (E) asserting predatory lending type claims;

(ix) No consent, approval, authorization or order of any court or governmental agency or body is required for the execution, delivery and performance by Seller of, or compliance by Seller with, the Seller Guide, this Agreement or any Term Sheet or the sale of the Mortgage Loans and delivery of the Mortgage Files to EMC or the consummation of the transactions contemplated by the Seller Guide or this Agreement, except for such consents, approvals, authorizations or orders, if any, that have been obtained prior to the related Settlement Date;

(x) The consummation of the transactions contemplated by the Seller Guide or this Agreement and the related Term Sheet are in the ordinary course of business of Seller, and the transfer, assignment and conveyance of the Mortgage Notes, the Mortgages and/or the Servicing Rights by Seller pursuant to the Seller Guide and this Agreement are not subject to the bulk transfer or any similar statutory provisions in effect in any applicable jurisdiction;

(xi) As of the related Settlement Date and as of the related Servicing Transfer Date, the origination, servicing and collection practices used by Seller and any prior originator or servicer since origination with respect to each Mortgage Note and Mortgage (including, without limitation, the establishment, maintenance and servicing of the Escrow Accounts and Escrow Payments, if any), have been legal and in accordance with applicable laws and regulations and the Mortgage Loan Documents, and in all material respects proper and prudent in the mortgage origination and servicing business and in accordance with Accepted Servicing Practices.

With respect to Escrow Accounts and Escrow payments that Seller, on behalf of the investor, is entitled to collect, all such payments are in the possession of, or under the control of, Seller, and there exist no deficiencies in connection therewith for which customary arrangements for repayment thereof have not been made. All Escrow Payments have been collected in full compliance with state and federal law, Accepted Servicing Practices and the provisions of the related Mortgage Note and Mortgage. As to any Mortgage Loan that is the subject of an escrow, escrow of funds is not prohibited by applicable law and has been established in an amount sufficient to pay for every escrowed item that remains unpaid and has been assessed but is not yet due and payable. Any Escrow Account interest required to be paid pursuant to state and local law has been properly paid and credited. No escrow deposits or other charges or payments due under the Mortgage Note have been capitalized under any Mortgage or the related Mortgage Note. Unless the Seller is servicing Mortgage Loans solely for a Short Interim Servicing Period, Seller is an approved servicer of residential mortgage loans for Fannie Mae and Freddie Mac, with such facilities, procedures and personnel necessary for the sound servicing of such mortgage loans. Seller meets the minimum capital requirements set forth by its regulator, if applicable, and is a HUD approved mortgagee, and is in good standing to sell mortgage loans to Fannie Mae and Freddie Mac, and no event has occurred, including but not limited to, a change in insurance coverage, which would make Seller unable to comply with eligibility requirements or which would require notification to either Fannie Mae or Freddie Mac. At the time any Mortgage Loan is registered by Seller with MERS, Seller will be a member of MERS in good standing, and will comply in all material respects with the rules and procedures of MERS in connection with the servicing of the MERS Mortgage Loans for as long as such Mortgage Loans are registered with MERS;

(xii)    In the opinion of Seller, the consideration received by Seller upon the sale of the Mortgage Loans to EMC under this Agreement and the related Term Sheet constitutes fair consideration for the Mortgage Loans under current market conditions. Seller will treat the sale of the Mortgage Loans to EMC as a sale for reporting and accounting purposes and, to the extent appropriate, for federal income tax purposes;

(xiii)    Seller has delivered to EMC the most current financial statements for its last two complete fiscal years. All such financial information fairly presents the pertinent results of operations and financial position for the period identified and has been prepared in accordance with GAAP consistently applied throughout the periods involved, except as set forth in the notes thereto. There has been no change in the business, operations, financial condition, properties or assets of Seller since the date of Seller's financial information that would have a material adverse effect on its ability to perform its obligations under the Seller Guide, this Agreement and the related Term Sheet. No statement, tape, diskette, form, report or other document furnished or to be furnished by Seller pursuant to the Seller Guide, this Agreement or the related Term Sheet or in connection with the transactions contemplated hereby contains or will contain any statement that is or will be inaccurate or misleading in any material respect or omits to state a material fact required to be stated therein or necessary to make the information and statements therein not misleading;

(xiv)    Seller has not dealt with any broker, investment banker, agent or other person that may be entitled to any commission or compensation in connection with the sale of the Mortgage Loans;

(xv)    All terms, conditions and requirements of the Seller Guide, this Agreement and the related Term Sheet have been complied with in all material respects, including but not limited to, any Mortgage Loan which is sold to EMC; and

(xvi)    Each Mortgage Loan was underwritten in accordance with the Underwriting Guidelines.

SECTION 7.    Remedies; Indemnification.  Seller will be in default under this Agreement upon, among other reasons, any misrepresentation or breach of warranty by Seller or the non-fulfillment or non-performance by Seller of any covenant, condition or action required of it under the Seller Guide, and Seller will be subject to any remedies available to EMC, including, but not limited to, termination of this Agreement, indemnification of EMC by Seller, and Seller's obligation to repurchase one or more of the Mortgage Loans, as more fully set forth in the Seller Guide.

SECTION 8.  Duration of this Agreement; Termination.  This Agreement may be terminated by either party upon thirty (30) days prior written notice to the other party.  However, if EMC believes (in its sole discretion) that there has been a material breach of any representation or warranty relating to the Seller or a material breach of any of the Seller's covenants contained herein or in the Seller Guide, then EMC may terminate this Agreement immediately upon oral notification to Seller, which oral notification shall be followed by written notice.  Termination of the Agreement shall void EMC's obligation to purchase Mortgage Loans or Seller's obligation to deliver Mortgage Loans for which EMC has issued a Confirmation Letter or Commitment Confirmation.

All covenants, agreements, representations and warranties made in the Seller Guide shall remain in full force and effect and shall survive the termination of the Agreement.

SECTION 9.  Notices.  All updates, amendments and supplements to the Seller Guide shall be given as set forth in Section 1 of this Agreement.  All other demands, notices and communications hereunder shall be in writing and shall be deemed to have been duly given if mailed, by registered or certified mail, return receipt requested, or sent by overnight mail, or, if by other means, when received by the other party at the address as follows:

(i) if to Seller:

Century Mortgage Company dba Century Lending
9920 Corporate Campus Drive, #300
Louisville, Kentucky  40223
Attn:  Carol Cardona
e-mail: ccardona@centruylending.net

(ii) if to EMC:

EMC Mortgage Corporation
Mac Arthur Ridge, II
909 Hidden Ridge Drive, Suite 200
Irving, Texas 75038
Attention: Ms. Ralene Ruyle--Conduit

or such other address as may hereafter be furnished to the other party by like notice. Any such demand, notice or communication hereunder shall be deemed to have been received on the date delivered to or received at the premises of the addressee (as evidenced, in the case of registered or certified mail, by the date noted on the return receipt).

SECTION 10.  Unpaid Fees and Expenses.  It is understood that this Agreement creates an ongoing relationship between the parties.  As a result, there may be various fees, charges, and expenses assessed by EMC on each sale.  If any such amount due EMC from Seller remains outstanding more than thirty (30) days after it is due, Seller then hereby authorizes EMC to deduct from any subsequent purchase proceeds hereunder such amounts due EMC, plus interest at an annual rate equal to the Prime Rate from the due date through the date of payment.

SECTION 11.  Severability Clause.  Any part, provision, representation or warranty of the Seller Guide or this Agreement which is prohibited or which is held to be void or unenforceable shall be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof. Any part, provision, representation or warranty of the Seller Guide or this Agreement which is prohibited or unenforceable or is held to be void or unenforceable in any jurisdiction shall be ineffective, as to such jurisdiction, to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof, and any such prohibition or unenforceability in any jurisdiction as to any Mortgage Loan shall not invalidate or render

unenforceable such provision in any other jurisdiction. To the extent permitted by applicable law, the parties hereto waive any provision of law which prohibits or renders void or unenforceable any provision hereof. If the invalidity of any part, provision, representation or warranty of the Seller Guide or this Agreement shall deprive any party of the economic benefit intended to be conferred by the Seller Guide or this Agreement, the parties shall negotiate, in good-faith, to develop a structure the economic effect of which is nearly as possible the same as the economic effect of this Agreement without regard to such invalidity.

SECTION 12.  Signature Pages/Counterparts.  This Agreement (including any amendments or addenda) and/or any Term Sheet shall be executed by each party (i) in one or more fully executed copies, each of which shall constitute a fully executed original Agreement, and/or (ii) in counterparts having one or more original signatures, and all such counterparts containing the original signatures of all of the parties hereto taken together shall constitute a fully executed original Agreement or Term Sheet, as applicable, and/or (iii) by delivery of one or more original signed signature pages to the other parties hereto (x) by mail or courier, and/or (y) by electronic transmission, including without limitation by telecopier, facsimile or email of a scanned image ("Electronic Transmission"), each of which as received shall constitute for all purposes an executed original signature page of such party.  EMC may deliver a copy of this Agreement and/or any Term Sheet, fully executed as provided herein, to each other party hereto by mail and/or courier and/or Electronic Transmission, and such copy as so delivered shall constitute a fully executed original Agreement or Term Sheet, as applicable, superseding any prior form of the Agreement or Term Sheet, as applicable, that differs therefrom in any respect.

SECTION 13.  Governing Law.  This Agreement shall be construed in accordance with the laws of the State of New York without regard to any conflicts of laws provisions.

SECTION 14. Intention of the Parties.  It is the intention of the parties that EMC is purchasing, and Seller is selling the Mortgage Loans, and not a debt instrument of Seller or another security. Accordingly, the parties hereto each intend to treat the transaction for federal income tax purposes as a sale by Seller, and a purchase by EMC, of the Mortgage Loans. EMC shall have the right to review the Mortgage Loans and the related Mortgage Loan Files to determine the characteristics of the Mortgage Loans which shall affect the federal income tax consequences of owning the Mortgage Loans and Seller shall cooperate with all reasonable requests made by EMC in the course of such review.

In order to preserve EMC's rights under this Agreement, in the event that a court or other forum recharacterizes the transactions hereunder as loans and as security for the performance by Seller of all of Seller's obligations to EMC under this Agreement and the transactions entered into pursuant to this Agreement, Seller hereby grants to EMC a lien on and a continuing first priority security interest in each Mortgage Loan and each document and instrument evidencing each such Mortgage Loan to secure the performance by Seller of its obligation hereunder, and Seller agrees that it holds such Mortgage Loans in custody for EMC subject to EMC's (i) right to reject any Mortgage Loan under the terms of this Agreement and the Term Sheet, and (ii) obligation to pay the Purchase Price for the Mortgage Loans.  All rights and remedies of EMC under this Agreement are distinct from, and cumulative with, any other rights or remedies under this Agreement or afforded by law or equity and all such rights and remedies may be exercised concurrently, independently or successively.

SECTION 15.  Successors and Assigns; Merger or Consolidation of Seller.  (i) This Agreement shall bind and inure to the benefit of and be enforceable by Seller and EMC and the respective successors and assigns of Seller and EMC. EMC may assign this Agreement (with respect to Mortgage Loans assigned) to any Person to whom any Mortgage Loan is transferred whether pursuant to a sale or financing and to any Person to whom the servicing or master servicing of any Mortgage Loan is sold or transferred.  Upon any such assignment, the Person to whom such assignment is made shall succeed to all rights and obligations of EMC under this Agreement.  This Agreement shall not be assigned, pledged or hypothecated by Seller to a third party without the consent of EMC.

(ii) Any Person into which Seller may be merged or consolidated, or any corporation resulting from any merger, conversion or consolidation to which Seller shall be a party, or any Person succeeding to the business of Seller, shall be the successor of Seller hereunder, without the execution or filing of any paper or any further act on the part of any of the parties hereto, anything herein to the contrary notwithstanding; provided, however, that the successor or surviving Person shall satisfy any requirements of the Seller Guide and must be otherwise satisfactory to the Purchaser.

SECTION 16.   <u>Waivers</u>.  No term or provision of this Agreement and a Term Sheet may be waived or modified unless such waiver or modification is in writing and signed by the party against whom such waiver or modification is sought to be enforced.

SECTION 17.   <u>Prior Agreements; Modification of the Seller Guide.</u>  This Agreement supersedes any prior agreement or understanding between the parties concerning the subject matter hereof and cannot be modified in any respect except by an amendment in writing signed by both parties, provided however, that this Agreement shall not supersede the right of EMC to modify or update the Seller Guide or Term Sheet and have such modification or update be binding on Seller.  EMC and Seller agree that EMC may modify or update the Seller Guide, and that Seller shall thereafter be bound by the terms of any such modification or update, as long as EMC posts on its website any such update in accordance with the provisions of Section 1, and such modifications shall be effective as specified in the Seller Guide update.

SECTION 18.   <u>Reproduction of Documents.</u>  This Agreement and all documents relating thereto, including, without limitation, (a) consents, waivers and modifications which may hereafter be executed, (b) documents received by any party at the Settlement, and (c) financial statements, certificates and other information previously or hereafter furnished, may be reproduced by any photographic, photostatic, microfilm, micro-card, miniature photographic or other similar process. The parties agree that any such reproduction shall be admissible in evidence as the original itself in any judicial or administrative proceeding, whether or not the original is in existence and whether or not such reproduction was made by a party in the regular course of business, and that any enlargement, facsimile or further reproduction of such reproduction shall likewise be admissible in evidence.

[Remainder of page left blank intentionally.]

IN WITNESS WHEREOF, Seller and EMC have caused their names to be signed hereto by their respective officers thereunto duly authorized as of the date first above written.

**CENTURY MORTGAGE COMPANY dba CENTURY LENDING**
Seller

By: _____
Name: _____
Title: _____

**EMC MORTGAGE CORPORATION**

By: _____
Name: _____
Title: _____

8

**EXHIBIT A**

**SELLER'S UNDERWRITING GUIDELINES**

**See Chapter 5 in the Seller Guide**

9