# Exhibit B

63634269

| Century Mortgage Company – Loans Sold to EMC and Securitized or Sold to GSEs | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **JPMC ID #1** | **JPMC ID #2** | **JPMC ID #3** | **Servicer ID** | **Seller ID #1** | **Seller ID #2** | **Securitization/GSE** | **Original Balance ($)** | **Applicable MLPA** |
| xxxxx3388 | xxxxxx9900 | xxxx1757 | xxxxxx9900 | xxxx7268 | xxxx1757 | BSABS 2005-AC8 | 157,500 | 2/1/2005 |
| xxxxx9206 | xxxx1004 | N/A | xxxx1004 | xxxx8133 | xxxx1004 | BALTA 2006-5 | 305,600 | 2/1/2005 |
| xxxxx8785 | xxxxxx8240 | xxxx9665 | xxxxxx8240 | xxxx1991 | xxxx9665 | BALTA 2006-4 | 151,200 | 2/1/2005 |
| xxxxx8791 | xxxx4711 | N/A | xxxx4711 | xxxx1425 | xxxxxxxxxx0100 | FNMA MBS POOLS FEB 06 | 51,000 | 2/1/2005 |
| xxxxx5293 | xxxx6724 | N/A | xxxxxx0333 | xxxx0462 | xxxx6724 | FNMA MBS AUG 05 | 178,500 | 2/1/2005 |
| xxxxx8130 | xxxx1466 | N/A | xxxxxx0676 | xxxx3619 | xxxx1466 | FNMA MBS OCT 05 | 50,400 | 2/1/2005 |
| xxxxx0638 | xxxx6489 | N/A | xxxx6489 | xxxx9427 | N/A | FNMA MBS IO POOLS APR 06 | 66,400 | 2/1/2005 |
| xxxxx9417 | N/A | N/A | xxxx1668 | xxxx2742 | N/A | FRED ARM Pools Aug 2006 | 119,600 | 2/1/2005 |
| xxxxx2074 | xxxx3775 | N/A | xxxx3775 | xxxx8893 | xxxx3775 | FREDDIE MAC ARM MBS POOL #1 | 71,920 | 2/1/2005 |
| xxxxx4284 | xxxxxx2883 | N/A | xxxxxx2883 | xxxx2028 | xxxx0088 | FREDDIE MAC ARM MBS POOL #1 | 40,000 | 2/1/2005 |
| xxxxx7962 | xxxx7535 | N/A | xxxx7535 | xxxx9122 | xxx4034 | BSABS 2005-AC7 | 107,910 | 2/1/2005 |