## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| EMC MORTGAGE LLC (formerly known as EMC MORTGAGE CORPORATION)<br><br>    Plaintiff,<br><br>v.<br><br>CENTURY MORTGAGE COMPANY,<br><br>    Defendant. | CASE NO. 3:16-cv-416-GNS<br><br><br>Electronically Filed |

\* \* \* \* \*

## EMC MORTGAGE LLC'S FINANCIAL INTEREST DISCLOSURE STATEMENT

  Pursuant to FRCP 7.1, the undersigned counsel for Plaintiff EMC Mortgage LLC f/k/a EMC Mortgage Corporation ("EMC") identifies any parent corporation and any publicly held corporation owning ten percent (10%) or more of its stock, as follows:

  EMC Mortgage LLC is a privately-held limited liability company. Its sole member is The Bear Stearns Companies, LLC, which is also a privately-held limited liability company. The sole member of The Bear Stearns Companies, LLC is JPMorgan Chase & Co., which is a publicly traded corporation (trading symbol: JPM).

Respectfully submitted,

TACHAU MEEK PLC
Dustin E. Meek
Adam K. Neel


/s/ Dustin E. Meek
3600 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202-3120
Phone: (502) 238-9900
Telecopy: (502) 238-9910
dmeek@tachaulaw.com
aneel@tachaulaw.com

Counsel to be added upon LR 83.02 motion:

KAYE SCHOLER LLP
Eric N. Whitney (eric.whitney@kayescholer.com)
Jeffrey A. Fuisz (jeffrey.fuisz@kayescholer.com)
Aaron F. Miner (aaron.miner@kayescholer.com)
Stephanna F. Szotkowski
(stephanna.szotkowski@kayescholer.com)
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000

Respectfully submitted,

TACHAU MEEK PLC
Dustin E. Meek
Adam K. Neel


/s/ Dustin E. Meek
3600 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202-3120
Phone: (502) 238-9900
Telecopy: (502) 238-9910
dmeek@tachaulaw.com
aneel@tachaulaw.com

Counsel to be added upon LR 83.02 motion:

KAYE SCHOLER LLP
Eric N. Whitney (eric.whitney@kayescholer.com)
Jeffrey A. Fuisz (jeffrey.fuisz@kayescholer.com)
Aaron F. Miner (aaron.miner@kayescholer.com)
Stephanna F. Szotkowski
(stephanna.szotkowski@kayescholer.com)
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000